**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**PHILIP VAZZANA**                                                                                         **PLAINTIFF**

**VERSUS**                                                                          **CIVIL ACTION NO. 4:03CV289-P-D**

**CITY OF GREENVILLE, et al**                                                     **DEFENDANTS**

## ORDER

This cause is before the Court on the defendants' Motion for Sanctions [62-1]. The Court, having reviewed the motions, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendants' motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion for Sanctions is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that plaintiff Philip Vazzana is hereby assessed and ordered to pay defendants' reasonable attorneys fees in the amount of $23,837.38.

SO ORDERED, this the 8th day of February, 2007.

                                                                        /s/ W. Allen Pepper, Jr.
                                                                       W. ALLEN PEPPER, JR.
                                                                       UNITED STATES DISTRICT JUDGE