IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

PHILIP VAZZANA                                                                                    PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 4:03CV289-P-D

CITY OF GREENVILLE, et al                                                                   DEFENDANTS

## AMENDED JUDGMENT

This action came before the Court for a trial before the Court and a jury, Honorable W. Allen Pepper, Jr., presiding, and the issues having been tried and the jury having duly rendered its verdict:

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows, to-wit

1. That the plaintiff take nothing;

2. That the action be dismissed on the merits;

3. That the defendants, The City of Greenville, Paul C. Artman, Jr., Individually, and in his official capacity as Mayor, Brad Jones, Individually, and in his official capacity as Public Works Director for the City of Greenville; and Lee Owen, Individually, and in his official capacity as a member of the City Council of the City of Greenville recover of the Plaintiff Philip Vazzana their costs of action; and

4. That the plaintiff pay the defendants' reasonable attorneys fees in the amount of $23,837.38.

SO ORDERED, this the 8th day of January, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE